IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 16-1285

UNITED STATES OF AMERICA, APPELLEE

V.

RICHARD J. HARLEY, APPELLANT

CERTIFICATE OF SERVICE

ON APPEAL FROM JUDGMENT OF SENTENCE
ENTERED BYTHE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA ON
NOVEMBER 16, 2015 (M.D. PA. NO. 3:CR-12-00224)

| | |
|---|---|
| Bruce Brandler, Esquire<br>*Attorney for Appellee, USA*<br>U.S. Attorneys Office<br>Wm. J. Nealon U.S. Courthouse<br>235 North Washington Avenue<br>PO Box 309<br>Scranton, PA 18501-0309 | Joseph A. O'Brien, Esquire<br>*CJA Attorney for Appellant,*<br>*Richard J. Harley*<br>Oliver, Price & Rhodes<br>1212 South Abington Road<br>P.O. Box 240<br>Clarks Summit, PA 18411<br>Tel No. 570-585-1200<br>Fax No. 570-585-5100 |
| DATE:  September 26, 2016 | Email: jaob@oprlaw.com |

# CERTIFICATE OF SERVICE

I, **JOSEPH A. O'BRIEN, ESQUIRE**, of Oliver, Price & Rhodes, hereby certify that on the 26th day of September, 2016, I served a true and correct copy of the (1) APPELLANT'S BRIEF AND (2) APPELLANT'S APPENDIX both electronically and in hard copy formats, pursuant to the Federal Rules of Appellate Procedure and Third Circuit Local Appellate Rules, as follows:

>Bruce Brandler, Esquire
>Office of the U.S. Attorney
>228 Walnut Street, P.O. Box 11754
>220 Federal Building and Courthouse
>Harrisburg, PA 17108

>/s/Joseph A. O'Brien
>Joseph A. O'Brien, Esquire

P:\O'BRIEN, JOE\USA\Harley, Richard\Appeal\Pleadings\CERT OF SERVICE 2016-9-26.docx